UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  William J. Leighton

Case No.: 19-25452JNP
Chapter: 13
Judge: Jerrold N. Poslusny, Jr

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__William J. Leighton__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
Mitchell Cohen Federal Court House
1 John F. Gerry Plaza
Fourth and Cooper, 4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr__ on __July 27, 2021__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __Camden__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Settlement payment from an automobile accident totaling 2014 Dodge Ram Pick-up truck.
Debtor will file a modified plan to surrender vehicle.
Debtor will file an amended Schedule C

Pertinent terms of settlement:

| | |
|---|---|
| Settlement Amount less $1,000 deductible | $27,875.05 |
| Estimated secured creditor payoff | $14,792.22 |
| Balance | $13,082.83 |
| Exemptions under 11 U.S.C.522(d)(2) and (d)(5) ($4,000.00 and $9,993.83 respectively) | $13,993.83 |
| Payment to Debtor | $13,082.83 |
| Balance to Trustee | $     0.00 |

Objections must be served on, and requests for additional information directed to:

Name: Joseph J. Rogers, Esq

Address: 900 Route 168 Suite I-4 Turnersville, NJ 08012

Telephone No.: 856-228-7964

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
William J Leighton  
    Debtor

Case No. 19-25452-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 24, 2021      Form ID: pdf905      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Leighton, 179 Pennsbury Lane, Woodbury, NJ 08096-5149 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wells Fargo Auto, 2860 Patton Road, Roseville, MN 55113-1100 |
| 518399984 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 15726, Wilmington, DE 19886-5726 |
| 518399983 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518513826 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 518399993 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 518399994 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 518399995 | + | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 518399996 | | Mariner Finance LLC, 5851 Rt. 42, Plaza 42, Ste. 16, Turnersville, NJ 08012 |
| 518399997 | | Pennsylvania Depart. of Labor & Industry, Office of Unemployment Comp., PO Box 67503, Harrisburg, PA 17106-7503 |
| 518399998 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518399999 | + | Randolph Walzer & Associates LLC, 2042 W Country Line Rd Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 518400000 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518400001 | + | Rittenhouse At Locust Grove HOA, Inc., 14000 Horizon Way Suite 200, Mount Laurel, NJ 08054-4342 |
| 518587008 | + | Rittenhouse at Locust Grove Homeowners Association, c/o Richard B. Linderman ,Esquire, 214 Carnegie Center,Suite 112, Princeton NJ 08540-6237 |
| 518463891 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518494237 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh 27605-1000 |
| 518494238 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518503060 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518400003 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518400004 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2021 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2021 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518399982 | + | Email/Text: djb@ansellgrimm.com | Jun 24 2021 20:52:25 | Ansell Grimm & Aaron PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 518399985 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 24 2021 20:53:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518417277 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 24 2021 21:08:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518399986 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 24 2021 20:51:00 | ChexSystems, 7805 Hudson Road Suite 100, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Woodbury, MN 55125-1703 |
| 518515954 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:53:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518399987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:53:20 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518399988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:53:30 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518399989 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518399990 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2021 20:51:26 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518399991 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2021 20:52:41 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518399992 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2021 20:52:50 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518473092 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2021 20:53:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518510010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 20:52:44 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518497086 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2021 20:51:26 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518401633 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:53:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518400002 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 20:53:06 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518509028 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 24 2021 21:08:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf905 | Total Noticed: 41 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor William J Leighton jjresq@comcast.net  jjrogers0507@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5