Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  19−25452−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Leighton
     aka William Leighton Jr.
   179 Pennsbury Lane
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:     1/20/22
Time:     02:00 PM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

_____

APPLICANT(S)
Joseph J. Rogers, Debtor's Attorney.

COMMISSION OR FEES
fee: $1300.00.

EXPENSES
$0.00.

_____

If this is a chapter 13 case, the fees and expenses awarded:

    ☑     will not reduce the amount to be paid to general unsecured
          creditors under the plan.

    ☐     will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 13, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

William J Leighton

    Debtor

Case No. 19-25452-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                  Page 1 of 3

Date Rcvd: Dec 13, 2021            Form ID: 137                Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Leighton, 179 Pennsbury Lane, Woodbury, NJ 08096-5149 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wells Fargo Auto, 2860 Patton Road, Roseville, MN 55113-1100 |
| 518399984 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15726, Wilmington, DE 19886-5726 |
| 518399983 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518513826 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 519351101 | + | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518399993 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 518399994 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 518399995 | + | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 518399996 | | Mariner Finance LLC, 5851 Rt. 42, Plaza 42, Ste. 16, Turnersville, NJ 08012 |
| 518399997 | | Pennsylvania Depart. of Labor & Industry, Office of Unemployment Comp., PO Box 67503, Harrisburg, PA 17106-7503 |
| 518399998 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518399999 | + | Randolph Walzer & Associates LLC, 2042 W County Line Rd Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 518400000 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518400001 | + | Rittenhouse At Locust Grove HOA, Inc., 14000 Horizon Way Suite 200, Mount Laurel, NJ 08054-4342 |
| 518587008 | + | Rittenhouse at Locust Grove Homeowners Association, c/o Richard B. Linderman ,Esquire, 214 Carnegie Center,Suite 112, Princeton NJ 08540-6237 |
| 518463891 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518494237 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh 27605-1000 |
| 518494238 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518503060 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518400003 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518400004 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518399982 | + | Email/Text: djb@ansellgrimm.com | Dec 13 2021 20:26:00 | Ansell Grimm & Aaron PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 518399985 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2021 20:35:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518417277 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:33 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518399986 | + | Email/Text: bankruptcy.notifications@fisglobal.com | | |

District/off: 0312-1 | User: admin | Page 2 of 3

Date Rcvd: Dec 13, 2021 | Form ID: 137 | Total Noticed: 42

| | | Dec 13 2021 20:26:00 | ChexSystems, 7805 Hudson Road Suite 100, Woodbury, MN 55125-1703 |
|---|---|---|---|
| 518515954 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 13 2021 20:35:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518399987 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 13 2021 20:35:50 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518399988 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Dec 13 2021 20:35:37 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518399989 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518399990 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2021 20:25:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518399991 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 13 2021 20:35:42 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518399992 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2021 20:35:45 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518473092 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2021 20:35:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518510010 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2021 20:35:48 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518497086 | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2021 20:25:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518401633 | + Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518400002 | + Email/PDF: gecsedi@recoverycorp.com | Dec 13 2021 20:35:39 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518509028 | + Email/PDF: ebn_ais@aisinfo.com | Dec 13 2021 20:35:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021          Signature:          /s/Joseph Speetjens

District/off: 0312-1                             User: admin                                    Page 3 of 3
Date Rcvd: Dec 13, 2021                          Form ID: 137                                   Total Noticed: 42

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor William J Leighton jjresq@comcast.net  jjrogers0507@gmail.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6