Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Leighton
   aka William Leighton Jr.
   179 Pennsbury Lane
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 16, 2022.

Dated: February 16, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 19-25452-JNP
William J Leighton                                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                     User: admin                                   Page 1 of 3
Date Rcvd: Feb 16, 2022                  Form ID: plncf13                               Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J Leighton, 179 Pennsbury Lane, Woodbury, NJ 08096-5149 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Wells Fargo Auto, 2860 Patton Road, Roseville, MN 55113-1100 |
| 518399984 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 15726, Wilmington, DE 19886-5726 |
| 518399983 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518513826 | + | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 519351101 | + | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518399993 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 518399994 | + | Geico, One Geico Center, Macon, GA 31296-0001 |
| 518399995 | + | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 518399996 | | Mariner Finance LLC, 5851 Rt. 42, Plaza 42, Ste. 16, Turnersville, NJ 08012 |
| 518399997 | | Pennsylvania Depart. of Labor & Industry, Office of Unemployment Comp., PO Box 67503, Harrisburg, PA 17106-7503 |
| 518399998 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 518399999 | + | Randolph Walzer & Associates LLC, 2042 W Country Line Rd Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 518400000 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518400001 | + | Rittenhouse At Locust Grove HOA, Inc., 14000 Horizon Way Suite 200, Mount Laurel, NJ 08054-4342 |
| 518587008 | + | Rittenhouse at Locust Grove Homeowners Association, c/o Richard B. Linderman ,Esquire, 214 Carnegie Center,Suite 112, Princeton NJ 08540-6237 |
| 518463891 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518494237 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh 27605-1000 |
| 518494238 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 518503060 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518400003 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 518400004 | + | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518399982 | + | Email/Text: djb@ansellgrimm.com | Feb 16 2022 20:31:00 | Ansell Grimm & Aaron PC, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 518399985 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2022 20:29:33 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518417277 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 20:29:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518399986 | + | Email/Text: bankruptcy.notifications@fisglobal.com | | |

Case 19-25452-JNP   Doc 81   Filed 02/18/22   Entered 02/19/22 00:14:32   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 16 2022 20:31:00 | ChexSystems, 7805 Hudson Road Suite 100, Woodbury, MN 55125-1703 |
| 518515954 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 20:39:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518399987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 20:39:50 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518399988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 20:39:50 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518399989 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 20:31:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518399990 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 16 2022 20:31:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518399991 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2022 20:29:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518399992 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2022 20:39:46 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518473092 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 20:39:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518399995 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 16 2022 20:31:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr., Baltimore, MD 21236-5904 |
| 518510010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2022 20:39:46 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 518497086 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2022 20:31:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518401633 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 20:29:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518400002 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 16 2022 20:29:25 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518509028 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2022 20:29:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022         Signature:    /s/Joseph Speetjens

Case 19-25452-JNP    Doc 81    Filed 02/18/22    Entered 02/19/22 00:14:32    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: plncf13 | Total Noticed: 42 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor William J Leighton jjresq@comcast.net jjrogers0507@gmail.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6