Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–25452–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William J Leighton
aka William Leighton Jr.
179 Pennsbury Lane
Woodbury, NJ 08096

Social Security No.:
xxx–xx–8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              January 24, 2023
Time:              11:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*83* – CertificationOther in Opposition to (related document:82 Creditor's Certification of Default (related document:20 Motion for Relief from Stay re: 179 PENNSBURY LN, WOODBURY, NJ 08096. Fee Amount $ 181. filed by Creditor FREEDOM MORTGAGE CORPORATION, 26 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 01/4/2023. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service # 4 Proposed Order) filed by Creditor Freedom Mortgage Corporation) filed by Joseph J. Rogers on behalf of William J Leighton. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: December 29, 2022
JAN: eag

Jeanne Naughton
Clerk