Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-25452 (JNP)

William J. Leighton  
179 Pennsbury Lane  
Woodbury, NJ  08096

Monthly Payment: $137.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $300.00 | 02/25/2022 | $140.00 | 05/03/2022 | $300.00 | 07/11/2022 | $400.00 |
| 10/25/2022 | $540.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WILLIAM J. LEIGHTON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,950.00 | $3,950.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $700.00 | $699.34 | $0.66 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $1,300.00 | $1,296.46 | $3.54 | $0.00 |
| 1 | ANSELL GRIMM & AARON PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $3,811.78 | $0.00 | $0.00 | $0.00 |
| 5 | CHEXSYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIBANK, N.A. | 33 | $1,059.76 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 33 | $2,517.94 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $454.60 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $526.13 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $1,362.95 | $0.00 | $0.00 | $0.00 |
| 11 | DEPTARTMENT STORE NATIONAL BANK/MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FREEDOM MORTGAGE CORPORATION | 24 | $5,158.96 | $5,158.96 | $0.00 | $2,810.50 |
| 13 | GEICO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MARINER FINANCE, LLC | 33 | $2,730.90 | $0.00 | $0.00 | $0.00 |
| 15 | MARINER FINANCE, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | PENNSYLVANIA DEPART. OF LABOR & INDUSTRY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PLUESE, BECKER & SALTZMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RANDOLPH WALZER & ASSOCIATES LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | TD RETAIL CARD SERVICES | 24 | $364.00 | $65.96 | $298.04 | $35.94 |
| 20 | RITTENHOUSE AT LOCUST GROVE HOMEOWNERS ASSOCIATION | 24 | $5,622.87 | $1,018.80 | $4,604.07 | $555.02 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $811.07 | $0.00 | $0.00 | $0.00 |
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | WELLS FARGO BANK, N.A. | 24 | $90.56 | $90.56 | $0.00 | $49.33 |
| 24 | WELLS FARGO BANK, N.A. | 24 | $2,057.95 | $372.88 | $1,685.07 | $203.14 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | LVNV FUNDING, LLC | 33 | $798.87 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 33 | $2,992.09 | $0.00 | $0.00 | $0.00 |
| 29 | VERIZON BY AMERICAN INFOSOURCE | 33 | $307.33 | $0.00 | $0.00 | $0.00 |
| 30 | TD RETAIL CARD SERVICES | 33 | $1,548.76 | $0.00 | $0.00 | $0.00 |
| 31 | FREEDOM MORTGAGE CORPORATION | 13 | $681.00 | $681.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2019 | 29.00 | $0.00 |
| 02/01/2022 | Paid to Date | $13,265.00 |
| 03/01/2022 | 54.00 | $137.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,680.00 |
| Total paid to creditors this period: | $3,653.93 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | ($310.00) |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**