UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

21-06439 BKAOD01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:
WILLIAM J LEIGHTON A/K/A WILLIAM LEIGHTON, JR.

Case No.: 19-25452
Adv. No.: 
Chapter: 13
Hearing Date: January 24, 2023
Judge: Jerrold N. Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Matthew Fissel,

   ☒ am the attorney for: Freedom Mortgage Corporation

   ☐ am self-represented

   Phone number: (844) 856-6646

   Email address: matthew.fissel@brockandscott.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: January 24, 2023 at 11:00AM

   New date requested: February 28, 2023 at 11:00AM

   Reason for adjournment request: The Debtor is making payments to cure the default.

3.    I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned _____ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.    Consent to adjournment:

      ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

      below): _____

      _____

      _____

I certify under penalty of perjury that the foregoing is true.

Date: January 19, 2023                      /s/ Matthew Fissel
                                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 2/28/2023 at 11 am       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*