UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire (IB 4082)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

    William J. Leighton

                  Debtor(s)'

Case No. 19-25452 (JNP)

Judge:   Jerrold N. Poslusny Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated, and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $15,485 total receipts applied to plan, then $196 per month with for the remaining forty-one (41) months, commencing April 1, 2023 for a total of eighty-four (84) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on October 16, 2019 remain in effect.

_____
Law Office Of Joseph J. Rogers, Esquire
Attorney for Debtor
Dated: 03/20/2023

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee
Dated: 3/21/2023

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **3**