Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−25452−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William J Leighton
   aka William Leighton Jr.
   179 Pennsbury Lane
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−8251

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 6/20/23 at 11:00 AM

to consider and act upon the following:

*98* − Certification in Opposition to Certification of Default (related document:97 Creditor's Certification of Default (related document:95 Amended Order (Generic)) filed by Matthew K. Fissel on behalf of Freedom Mortgage Corporation. Objection deadline is 05/25/2023. (Attachments: # 1 Certificate of Service # 2 Proposed Order # 3 Exhibit A # 4 Exhibit B) filed by Creditor Freedom Mortgage Corporation) filed by Barbara J. Snavely on behalf of William J Leighton. (Snavely, Barbara)

Dated: 5/25/23

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court