| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>21-06439 BKAOD02<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | |
| In Re:<br><br>William J Leighton<br>aka William Leighton, Jr. | Case No.: 19-25452<br>Adv. Pro. No.: _____<br>Chapter: 13<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: June 20, 2023<br>Judge: JNP |

## ADJOURNMENT REQUEST

1.  I, __Matthew Fissel__,

    ☒ am the attorney for: __Freedom Mortgage Corporation__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Creditor's Certification of Default [DE 97]

    Current hearing date and time: June 20, 2023 at 11:00AM

    New date requested: July 25, 2023 at 11:00AM

    Reason for adjournment request: The Debtor is making payment to bring the account post-petition current.

2.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    _____

I certi__ un__er penalty of perjury that the foregoi__g is true.

Date: June 15, 2023 　　　　　　　　　　　　/s/ Matthew Fissel
　　　　　　　　　　　　　　　　　　　　　　Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted　　　　　　　　New hearing date: 7/25/23 at 11　　　　❑ Peremptory

❑ Granted over objection(s)　New hearing date: _____　❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*