UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

21-06439 BKAOD02
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

WILLIAM J LEIGHTON aka William Leighton, Jr.

Case No: 19-25452-JNP

Hearing Date: _____

Judge: JERROLD N. POSLUSNY, JR

Chapter: 13

# ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Matthew Fissel, Esquire,

   ☒ am the attorney for: Freedom Mortgage Corporation

   ☒ am self-represented

   Phone number: (866) 519-1889

   Email address: Matthew.Fissel@brockandscott.com

2. I request an adjournment of the following hearing:

   Matter: Creditor's Certification of Default

   Current hearing date and time: 07/25/23 @ 11:00 am

   New date requested: 08/29/23 @ 11:00 am

   Reason for adjournment request: The Debtor is making payments to cure the default and become post-petition current.

3. I request an adjournment of confirmation:
   Current confirmation date and time:
   _____
   New date requested:
   _____
   Reason for adjournment request:
   _____

   _____
   _____
   Confirmation has been adjourned _____ previous times
   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:
   ☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):
   _____
   _____
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date:  July 20, 2023                    /s/ Matthew Fissel
                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

[X] Granted       New hearing date: __8/29/2023 at 11am__       [ ]

Peremptory

[ ] Granted over objection(s)    New hearing date: _____

    [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*